GREGORY D. HAGEN, ESQ. (State Bar No. 127599)
DAVID J. AVENI, ESQ. (State Bar No. 251197)
**WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP**
655 West Broadway, Suite 900
San Diego, CA 92101-8484
Telephone: (619) 321-6200
Facsimile: (619) 321-6201
Email: gregory.hagen @wilsonelser.com
           david.aveni@wilsonelser.com

Attorneys for Defendants
DYNAMIC PET PRODUCTS and
FRICK'S MEAT PRODUCTS, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHRISTIE REED, on Behalf of Herself and All Others Similarly Situated,<br><br>                        Plaintiff,<br><br>vs.<br><br>DYNAMIC PET PRODUCTS and FRICK'S MEAT PRODUCTS, INC,<br><br>                        Defendants. | Case No. 15-cv-0987-WQH -DHB<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FRCP 12(B)(6)**<br><br>Date:         July 20, 2015<br>Judge:       William Q. Hayes<br><br>Magistrate:  Hon. David H. Bartick<br><br>No Oral Argument Unless Requested By The Court |

TO PLAINTIFF AND HER ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that on July 20, 2015, defendants Frick's Meat Products, Inc. and Dynamic Pet Products will move this Court to dismiss this action pursuant to Federal Rule of Civil procedure 12(b)(6) on the following grounds:

First, Reed's claim under California's Consumer Legal Remedies Act ("CLRA") is fatally defective because Reed failed to comply with the mandatory 30-day notice provision before filing suit. Second, Reed's CLRA and Unfair Competition Law ("UCL") claims must be dismissed because defendants' alleged

statements are not likely to have deceived a reasonable customer.  Third, Reed's Complaint fails to satisfy the heightened pleading requirement of Federal Rule of Civil Procedure 9(b) because she fails to allege which of the defendants specifically made the alleged misrepresentations.  Fourth, the claims under the Consumer Legal Remedies Act, Unfair Competition Law and California Commercial Code section 2314 must be dismissed as to purported class members who are not California residents.  Fifth, Reed's claim for breach of implied warranty must be dismissed for lack of privity with defendants.  Finally, Reed lacks standing to seek declaratory and injunctive relief as she cannot show how she is threatened by a repetition of defendants' alleged misconduct.

    The motion will be based on this Notice of Motion and Motion, and the Memorandum of Points and Authorities, Request for Judicial Notice, and Declaration of Sara Mades filed herewith, and upon such other argument as may be offered at the time of any hearing held on this motion.

Dated: June 16, 2015            **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

                                        By: s/ David J. Aveni
                                            Attorneys for Defendants
                                            E-mail: david.aveni@wilsonelser.com