# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHRISTIE REED, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br>vs.<br>DYNAMIC PET PRODUCTS; and FRICK'S MEAT PRODUCTS, INC.,<br><br>Defendants. | CASE NO. 15-cv-0987-WQH-DHB<br><br>**ORDER** |

HAYES, Judge:

The matter before the Court is a request to stay this case. (ECF No. 89 at 2).

Plaintiff Khristie Reed commenced this class action in May 2015. (ECF No. 1). A separate class action was filed in the Circuit Court of Jackson County, Missouri, that "names the same two defendants, alleges similar facts, concerns similar events, and alleges many similar causes of action." (ECF No. 86 at 2). The parties to the Missouri action reached a "global class action settlement [(the "Settlement")] that, upon court approval, would potentially resolve the claims pending before this Court." *Id.* Reed and other plaintiffs in the Missouri action filed objections to the Settlement. *Id*.

In light of these developments in the Missouri case, the parties to this case filed a Joint Motion to Stay this Action. (ECF No. 86). The Joint Motion asked this Court to stay this case until the Missouri Circuit Court ruled on the objections to the Settlement and the Missouri parties decided whether or not to appeal that ruling. *Id*. at 2-3. The Court granted the Joint Motion and stayed the case through September 12, 2017. (ECF No. 88 at 3).

The Missouri Circuit Court issued an order approving the Settlement on August 11, 2017, and the objectors (including Reed) appealed that order on September 11, 2017. (ECF No. 89 at 2). The parties now "jointly request that the Court issue a further stay of this action until after notice to this Court of a ruling on [the] appeal of the [Missouri Court] settlement, or by ex parte application of either party at any time." (ECF No. 89 at 2).[1] The Court ordered the parties to "show cause, by October 10, 2017, why this case should not be dismissed without prejudice, with leave for any party to file a motion to reopen the case at any time." (ECF No. 90). The parties each filed a response to the Order to Show Cause on October 10, 2017. (ECF Nos. 91 and 92).

Having reviewed the Joint Status Report (ECF No. 89), the parties' responses to the Order to Show Cause (ECF Nos. 91 and 92), and the record of this action, the Court concludes that this action should be stayed while the Missouri Court of Appeals reviews the order approving the Settlement.

IT IS HEREBY ORDERED that this action is stayed until this Court receives notice of the Missouri Court of Appeals' ruling on the appeal of the order approving the Settlement. The parties shall file status reports (1) ninety days from the date of this Order, (2) every ninety days thereafter until the Missouri Court of Appeals issues a ruling on the appeal, and (3) within ten days of the Missouri Court of Appeals' ruling on the appeal. The Clerk of the Court shall administratively close this action without prejudice to any party and with leave to be reopened by the Court upon notification that the Missouri Court of Appeals ruled on the appeal.

DATED: November 3, 2017

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge

---

[1] The parties also suggest that another case before this Court, *Brown v. Dynamic Pet Products, LLC et al.*, 17-cv-0659, "be stayed for the same duration as [this] matter." (ECF No. 89 at 3). However, no motion to stay has been filed in that case.