GREGORY D. HAGEN, ESQ. (State Bar No. 127599)
**WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP**
401 West A Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 321-6200
Facsimile: (619) 321-6201
Email: gregory.hagen @wilsonelser.com

Attorneys for Defendants
DYNAMIC PET PRODUCTS and
FRICK'S MEAT PRODUCTS, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHRISTIE REED, on Behalf of Herself and All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>    vs.<br><br>DYNAMIC PET PRODUCTS and FRICK'S MEAT PRODUCTS, INC.,<br><br>                    Defendants. | Case No. 15-cv-0987-WQH -DHB<br><br>**JOINT STATEMENT AS TO THE STATUS OF THE MISSOURI ACTION**<br><br>Judge:         William Q. Hayes<br>Location:     Courtroom 14B<br><br>Magistrate: Hon. David H. Bartick<br>Location:     10th Floor |

In accordance with the Court's Order dated November 3, 2017 (ECF #93), the parties, Khristie Reed, on behalf of herself and all others similarly situated, and Dynamic Pet Products and Frick's Meat Products, Inc., hereby submit their Joint Statement as to the status of the separate class action filed in Jackson County, Missouri, entitled *Taylor, et al. v. Dynamic Pet Products, LLC, et al.*, Case No. 1616-CV11531, Circuit Court of Jackson County, Missouri. In the Taylor case, the parties reached a global class action settlement that would potentially resolve the claims pending before this Court. Reed has objected to that settlement and filed an appeal. Subject to any extensions that the parties may obtain from the Missouri Court of Appeals, the current briefing schedule is as follows:

| | | |
|---|---|---|
| 1 | February 20, 2018 | Appellants' Opening Brief is Due |
| 2 | March 22, 2018 | Appellees' Brief is Due |
| 3 | April 6, 2018 | Appellants' Reply Brief is Due |

It is anticipated that the appeal will be decided in the Summer or Fall of this year by the Missouri Court of Appeals. It is unknown as to whether further appeals will be undertaken.

Respectfully submitted:

Dated:  February 1, 2018

**BLOOD HURST & O'REARDON LLP**

By:   /s/ *Leslie Hurst*
Tim Blood, Esq.
Leslie Hurst, Esq.
ATTORNEYS FOR PLAINTIFFS

Dated:  February 1, 2018

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By:   /s/ *Gregory D. Hagen*
Gregory D. Hagen, Esq.
Attorneys for Defendants
DYNAMIC PET PRODUCTS and
FRICK'S MEAT PRODUCTS. INC.

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Leslie Hurst, counsel for Plaintiff, and that Ms. Hurst has authorized me to affix her electronic signature to this document.

Dated: February 1, 2018

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: /s/ *Gregory D. Hagen*
Gregory D. Hagen, Esq.
Attorney for Defendants
DYNAMIC PET PRODUCTS and
FRICK'S MEAT PRODUCTS, INC