```
 1  GREGORY D. HAGEN, ESQ. (State Bar No. 127599)
    DAVID J. AVENI, ESQ. (State Bar No. 251197)
 2  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
 3  401 West A Street, Suite 1900
    San Diego, CA 92101
 4  Telephone: (619) 321-6200
    Facsimile: (619) 321-6201
 5  Email: gregory.hagen @wilsonelser.com
           david.aveni@wilsonelser.com
 6
    Attorneys for Defendants
 7  DYNAMIC PET PRODUCTS and
    FRICK'S MEAT PRODUCTS, INC.
 8
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE BROWN, on Behalf of Herself and All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DYNAMIC PET PRODUCTS and FRICK'S MEAT PRODUCTS, INC.,<br><br>　　　　　Defendants. | Case No. 17-CV-0659 WQH DHB<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS/MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Hearing Date: March 18, 2019<br>***NO ORAL ARGUMENTS UNLESS REQUESTED BY COURT***<br><br>Magistrate: Hon. David H. Bartick<br>Location:    10th Floor |

TO PLAINTIFF AND HER ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that on March 18, 2019, defendants Frick's Meat Products, Inc. and Dynamic Pet Products will move this Court to dismiss this action pursuant to Federal Rule of Civil procedure 12(b)(6) and for judgment on the pleadings under Federal Rule of Civil Procedure 12(c) on the following grounds:

First, the *Taylor* judgment in Missouri would be res judicata under Missouri law, and because Plaintiff cannot demonstrate there are applicable exceptions to giving that judgment preclusive effect under the Full Faith and Credit Act, 28 U.S.C. § 1738, Plaintiff's claims are barred by res judicata. Second, Plaintiff chose not to opt out of the *Taylor* settlement, and thus her claims in this proceeding have been

released by the *Taylor* settlement agreement.

The motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, Request for Judicial Notice, and Declaration of David Aveni filed herewith, and upon such other argument as may be offered at the time of any hearing held on this motion.

Dated: February 7, 2019

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: /s/ David J. Aveni, Esq.
Gregory D. Hagen, Esq.
David J. Aveni, Esq.
Attorneys for Defendants
DYNAMIC PET PRODUCTS and
FRICK'S MEAT PRODUCTS. INC.